Opinion issued July 29, 2009









Opinion issued July 29,
2009

 

 




 
 
 
 
 




 

 

 

 

 

     

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01-09-00664-CV

 



 

IN RE KADAR HAMILTON, Relator

 



 

Original Proceeding on Petition for Writ of Mandamus

 



 

MEMORANDUM  OPINION

 

By petition for writ of mandamus,
relator, Kadar Hamilton, challenges the trial court=s[1]
July 20, 2009, “Order on Motion to Quash Temporary Hearing Regarding Custody,”
and the trial court’s “Temporary Orders in Suit to Modify Parent-Child
Relationship Regarding Access and Possession.”  The trial court has not signed
the “Temporary Orders in Suit to Modify Parent-Child Relationship Regarding
Access and Possession.”  Therefore, a mandamus challenge to that proposed
action is premature.  








We deny
relator’s “Motion to Stay Temporary Orders.”

We deny
the petition for writ of mandamus.

                                         PER
CURIAM

 

Panel
consists of Chief Justice Radack and Justices Alcala and Sharp.

 

 









[1]           The underlying case is In
the Interest of X.A.H., A Child, No. 2006-48490, in the 257th District
Court of Harris County, Texas, the Honorable Judy Warne, presiding.